# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

LAWRENCE KRONENBERGER                                                    PLAINTIFF

VERSUS                                    CIVIL ACTION NO.  1:06CV1296-LTS-RHW

USAA INSURANCE COMPANY and
JOHN DOES 1 THROUGH 10                                                   DEFENDANTS

### AMENDED JUDGMENT OF DISMISSAL

The Judgment of Dismissal entered in this action on March 23rd, 2007, is hereby amended and corrected to reflect that the voluntary dismissal is **without prejudice**.

**SO ORDERED** this the 26th   day of March, 2007.


s/ L. T. Senter, Jr.

L. T. Senter, Jr.

Senior Judge